# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARCIA EISENHOUR,<br><br>　　Plaintiff,<br><br>vs.<br><br>CRAIG D. STOREY, in his official and individual capacities,<br><br>　　Defendant. | **JUDGEMENT IN A CIVIL CASE**<br><br>Case No. 1:10-CV-00022 DN<br><br>District Judge David Nuffer |

　　IT IS HEREBY ORDERED that Plaintiff's complaint as to the remaining Defendant, Crag D. Storey, is dismissed with prejudice. The judgment entered against other parties in this case stands.

　　Signed October 31, 2019

　　　　　　　　　　　　　　　　　　　　**BY THE COURT**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　　　　　United States District Judge